# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

## January 22, 1998

| 19417 | State v. White | Affirmed |
| --- | --- | --- |

## February 5, 1998

| 19550 | Poe v. Hawai'i Labor Relations Bd. | Affirmed |
| --- | --- | --- |

## February 10, 1998

| 20278 | State v. Stefanov | Affirmed |
| --- | --- | --- |
| 19546 | United Public Workers, AFSCME, Local 646, AFL–CIO v. Lepere | Reversed in part, Affirmed in part |

## February 13, 1998

| 18785 | State v. Du Plantier | Affirmed |
| --- | --- | --- |
| 18662 | State v. Puailihau | Affirmed |

## February 17, 1998

| 20844 | Alvarado v. Hygrade Electric Co. | Affirmed |
| --- | --- | --- |
| 19543 | Gregory v. McDaniels | Affirmed |

## February 20, 1998

| 19668 | State v. Springer | Affirmed |
| --- | --- | --- |

## February 27, 1998

| 19685 | State v. Aragon | Affirmed |
| --- | --- | --- |
| 20179 | State v. Kalani | Dismissed |

## April 8, 1998

| 20571 | Association of Apartment Owners of Aikahi Gardens v. Lepere | Affirmed |
| --- | --- | --- |

## April 9, 1998

| 20812 | Abastillas v. Kekona | Affirmed |
| --- | --- | --- |